DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ABRAHAM XA HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0056-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER MODIFYING |
| v. ) | CONDITIONS OF SUPERVISED RELEASE |
| ) | |
| ABRAHAM XA HER, ) | |
| ) | Judge: Garland E. Burrell, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed between defendant, Abraham Her, and plaintiff, United States of America, by and through their attorneys, as follows.

On September 14, 2012, the Court revoked supervised release, ordered a prison term, and ordered a new term of supervised release to commence upon Mr. Her's release from prison. Special condition no. 5 of the terms of supervised release prohibit Mr. Her from associating with any person known to be associated with an gang.

The parties agree that special condition no. 5 of supervised release may be modified to add the boldfaced, italicized language below:

The defendant shall not be a member of any gang; and shall not associate personally or in writing, or communicate directly or indirectly, with any person known by the defendant to be associated with, or a member of any gang **except as approved in advance by the probation officer;** [all remaining terms of the condition are unchanged].

The purpose of this proposed change is to confer on the probation officer authority to allow Mr. Her to associate with persons (such as his brother-in-law, Lee Xiong) who have been identified as gang members but who are also persons he is expected to see because of family ties or other innocent connections.

                            Respectfully Submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

Dated:  September 19, 2012    /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for ABRAHAM XA HER


                            BENJAMIN WAGNER
                            United States Attorney


Dated:  September 19, 2012    /s/  T. Zindel for R. Carlberg
                            RUSSELL CARLBERG
                            Assistant U.S. Attorney


                        **O R D E R**

    Special condition number 5 of supervised release ordered on September 14, 2012, is modified as set forth above.

    IT IS SO ORDERED.

Dated:  September 20, 2012

                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge